UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE VALDEZ-JIMENEZ,

Petitioner,

v.

SHERIFF JOSEPH LOMBARDO,

Respondent.

Case No. 2:19-cv-00581-RFB-VCF

**ORDER**

This action is a petition for a writ of habeas corpus, under 28 U.S.C. § 2241, by Jose Valdez-Jimenez, a pretrial detainee at the Clark County Detention Center, in Las Vegas, Nevada. *See* Petition for Writ of Habeas Corpus (ECF No. 1), p. 2. The Respondent Sheriff of Clark County has appeared in the action (ECF No. 10).

While reserving judgment regarding the procedural viability and merits of Valdez-Jimenez's petition, the Court determines that his petition warrants a response by the Respondent. *See* 28 U.S.C. § 2243.

On April 10, 2019, Valdez-Jimenez filed an "Emergency Motion to Expedite Resolution of Petition for Writ of Habeas Corpus" (ECF No. 9), requesting that "this Court set an expedited briefing schedule and adjudicate his petition for a writ of habeas corpus on an emergency basis." *See* Motion to Expedite (ECF No. 9), p. 4. Valdez-Jimenez does not request any specific briefing schedule, or any other specific relief, but only asks that the Court set an "expedited" briefing schedule and adjudicate his petition on an "emergency basis." *See id.* In support of his motion, Valdez-Jimenez makes allegations regarding deleterious effects of pretrial detention, both generally and with respect to him in particular, and he asserts that his claims may be mooted if he is either acquitted or convicted before his petition is resolved. *See id.* at 2-4. The Court will deny this motion.

1  This case will be resolved in due course, as expeditiously as is reasonably practicable given the Court's caseload and the proceedings that become necessary in this action.

**IT IS THEREFORE ORDERED** that the Respondent Sheriff of Clark County shall file an answer or other response to the petition for writ of habeas corpus within **30 days** from the date of this order.

**IT IS FURTHER ORDERED** that Petitioner's "Emergency Motion to Expedite Resolution of Petition for Writ of Habeas Corpus" (ECF No. 9) is **DENIED**.

DATED this 11th day of April, 2019.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE