Charles Gerstein (*pro hac vice*)
Olevia Boykin (*pro hac vice*)
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
charlie@civilrightscorps.org
olevia@civilrightscorps.org
(202) 670-4809

Nancy M. Lemcke, Deputy Public Defender
Christy L. Craig, Deputy Public Defender
Clark County Public Defender
309 S. Third Street, Second Floor
Las Vegas, Nevada 89144
lemckenl@clarkcountynv.gov
craigcl@clarkcountynv.gov
(702) 455-5039
(702) 455-2728

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSE VALDEZ-JIMENEZ, ) | CASE NO.   2:19 CV 581 |
| ) | |
| Petitioner, ) | |
| ) | **NOTICE OF UPCOMING TRIAL** |
| ) | **AND REQUEST FOR EXPEDITED** |
| ) | **RULING** |
| v. ) | |
| ) | |
| Sheriff JOSEPH LOMBARDO, ) | |
| Clark County Sheriff, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner Jose Valdez-Jimenez respectfully submits this Notice to alert the Court that a trial has been scheduled in the State prosecution against him, and to respectfully ask that the Court rule on his Petition as soon as is reasonably possible.

Petitioner was arrested on May 28, 2018, and has been incarcerated ever since. He filed the instant Petition on April 5, 2019. (Doc. 1.) On April 12, 2019, this Court granted Petitioner's emergency motion to expedite consideration of this case. (Doc. 12.) "The Court [found] that Petitioner has been incarcerated for ten months," that he "has had a petition pending in state court since July 2018," and that his federal "petition for relief merits immediate attention." (*Id.* at 1.) Petitioner's criminal trial is now scheduled for August 12, 2019. (Ex. A, Register of Actions.)

Petitioner may be irrevocably prejudiced if this Court does not rule on his Petition soon. Unless his August 12 trial ends in a mistrial, Petitioner will either be acquitted and released or convicted and sentenced; either way, his pretrial detention will be over, and this Petition will be moot. In the interim Petitioner is being jailed without the protections required by the Constitution, and if this Court does not rule shortly, Petitioner will have suffered all of the harm that this Court's ruling could have cured. Unless this Court rules extremely soon, the party against whom this Court rules will permanently lose the right to appeal this Court's ruling. *E.g.*, *Burnett v. Lampert*, 432 F.3d 996, 1001 (9th Cir. 2005) (holding that habeas is unavailable where petitioner was released and reincarcerated pending consideration of petition). And if Petitioner is convicted at trial and sentenced to prison before this Court's ruling, he will not be able to say goodbye to his family and to settle his affairs before his sentence. *Cf. Ragbir v. Sessions*, No. 18-CV-236 (KBF), 2018 WL 623557, at *1 (S.D.N.Y. Jan. 29, 2018) ("There is, and ought to be in this great country, the freedom to say goodbye. That is, the freedom to hug one's spouse and children, the freedom to organize the myriad of human affairs that collect over time.").

Undersigned counsel understand that the Court has many other pending matters, and for that reason counsel apologize for any burden this emergency Petition may create for the Court's docket. Counsel sincerely appreciate the Court's prompt scheduling of argument on this matter. Petitioner remains illegally incarcerated every day that this Petition remains pending, and so it is indeed an emergency. Accordingly, Petitioner respectfully requests that this Court rule as soon as possible.

Dated: June 3, 2019

*/s/ Charles Gerstein*
Charles Gerstein
(*pro hac vice*)
Olevia Boykin
(*pro hac vice*)
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
charlie@civilrightscorps.org
(202) 670-4809

Nancy M. Lemcke, Deputy Public Defender
Clark County Public Defender
309 S. Third Street, Second Floor
Las Vegas, Nevada 89144
lemckenl@clarkcountynv.gov
(702) 455-5039