IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOSE VALDEZ-JIMENEZ, Petitioner, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK B. BAILUS, DISTRICT JUDGE, Respondents, and THE STATE OF NEVADA, Real Party in Interest. | No. 76417<br><br>FILED<br>JUN 1 3 2019<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S.Young<br>DEPUTY CLERK |
| AARON WILLARD FRYE, Petitioner, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JERRY A. WIESE, DISTRICT JUDGE, Respondents, and THE STATE OF NEVADA, Real Party in Interest. | No. 76845 |
| NATHAN GRACE, Petitioner, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MICHAEL VILLANI, DISTRICT JUDGE, Respondents, and THE STATE OF NEVADA, Real Party in Interest. | No. 76947 |

## *ORDER REGARDING ORAL ARGUMENT*

Petitioners have filed an emergency motion to continue oral argument in this matter. Cause appearing, the motion is granted. The argument currently scheduled for July 2, 2019, is vacated. As to petitioner Jose Valdez-Jimenez, oral argument is rescheduled for Wednesday, September 4, 2019, at 2:30 p.m. in Carson City. Petitioner and the real party in interest will each be allotted 30 minutes for argument. The argument shall be limited to 60 minutes.

It is so ORDERED.

_____, C.J.
Gibbons

cc: Hon. Linda M. Bell, Chief District Judge
Hon. Mary Kay Holthus, District Judge
Hon. Jerry A. Wiese, District Judge
Hon. Michael Villani, District Judge
Civil Rights Corps.
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk